IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT LOUIS BROWN,<br><br>               Plaintiff,<br><br>v.<br><br>JEFFREY S. GRAY,<br><br>               Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Case No. 2:24-cv-00035-TC-CMR<br><br>Judge Tena Campbell<br>Magistrate Judge Cecilia M. Romero |

On October 18, 2024, United States Magistrate Judge Cecilia M. Romero issued a Report & Recommendation (R&R) recommending that the court deny Plaintiff Robert Louis Brown's Motion to Dismiss Case in 4th District Court, Provo, UT (ECF No. 5) and dismiss this case without prejudice. (ECF No. 11.) Mr. Brown was given fourteen days to file objections to the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and the R&R for clear error and finds that it is correct in all material respects. See Fed. R. Civ. P. 72 Advisory Comm. Notes 1983 Addition Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the court adopts the R&R (ECF No. 11) in its entirety.

## ORDER

For the foregoing reasons, the court ORDERS as follows:

1. The Defendant's Motion to Dismiss Case in 4th District Court, Provo, UT (ECF No. 5) is DENIED.

2. The court DISMISSES this action without prejudice.

DATED this 4th day of November, 2024.

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge
